# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147902 (31)

FREDERICK H. GRUMBLEY,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS DIRECTOR,

      Defendant-Appellee.

_____

SC: 147902
COA: 315310

      On order of the Chief Justice, plaintiff's motion for reconsideration of the order of November 5, 2013 is denied because does not appear that it was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



jam

Clerk